WR-81,003-04

NO. 1993-CR-0145-W2

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 10 2015
Abel Acosta, Clerk

WILBERT PATRICK STEWART
V.
THE STATE OF TEXAS

FROM DECISION NO. WR-81,003-04
TRIAL CAUSE NO. 1993-CR-0145-W2
BEXAR COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF THE COURT OF
CRIMINAL APPEALS:

Comes now, Wilbert Patrick Stewart, Relator, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following: That this is relators seeking permission to file a Petition for Discretionary Review in this cause. Thus because its a matter of Relators Due Process Right and Equal Protection of the law along with his Sixth Amendment with Fourteenth being violated. Therefore, with

p.1

with permission of the court on this extension relator will show proof in his claim

## I

The petitioner was convicted in the 226TH District Court of Bexar County, Texas of the offense of Robbery-Threats-Bos-Sfgarm in cause no. 1933-CR-0145-W2, styled State of Texas vs. WELBERT PATRICK STEWART. There was no appeal taken.

## II.

The present deadline for filing the Petition for Discretionary Review is June 20, 2015. The Petitioner has not requested any extension prior to the request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of decision of the Court of Criminal Appeals in his case until June 1, 2015. Since that time Petitioner has been attempting to present and legal brief together in this matter. Petitioner that he will represent himself on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause no. 9993 CR 0145-W2 to July 10, 2015.

Wilbert Patrick Stewart
Petitioner, Pro Se
Texas Department of Criminal
Justice
ELLIS Unit
TDCJ # 1833832

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion For Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage pre paid, first class, to the Attorney for the State Texas, at San Antonio, and to the STATE PROSECUTING ATTORNEY, P.O. Box 124051, Austin, Texas 78711 on this the 1 day of June, 2015.

Wilbert Patrick Stewart
petitioner pro se

I, Wilbert Patrick Stewart, TDCJ # 1833832, being presently incarcerated in the Ellis Unit of the Texas Department of Criminal Justice in Walker County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct Executed on this the 1 day of June, 2015.

Wilbert Patrick Stewart
pro se, TDCJ # 1833832

p.3